UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:
RONALD J. AGUILAR,                                              Case No:15-28820-RAM
                                                                Chapter 7

_____Debtors_____/

## MOTION TO REINSTATE CHAPTER 7 CASE

**COME NOW,** the Debtor, Ronald J. Aguilar**,** by and through their undersigned counsel and moves this Honorable Court for an Order Reinstating Case and as grounds therefore would show:

1. On October 23, 2015 the instant case was filed as a chapter 7 bankruptcy.

2. On November 13, 2015 this case was dismissed due to debtors counsel's failure to timely file the required Payment Advices.

3. Due to calendaring error on the part of Debtors counsel, the documents were not filed.

4. The required documents are being filed simultaneously with this Motion.

5. The Debtors case was filed in good faith and the Debtors will be unjustly prejudiced if not permitted to reinstate the case.

**WHEREFORE,** the Debtors pray this Court grant an Order Reinstating Dismissal and reinstating this case.

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent on 11th day of March, 2013 via ecf to Maria Yip, 2 S Biscayne Blvd. #2690 Miami, FL 33131 and regular mail to all parties on the service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33010
Tel. 305-374-1234

By:*/s/ Robert Sanchez*_____
     Robert Sanchez, Esq., FBN#0442161

Bca Fncl Srv
5805 Nw 11th St
Miami, FL 33126

Cap One Auto
Credit Bureau Disp Po Box 259407
Plano, TX 75025

Capital One
Pob 30281
Salt Lake City, UT 84130

Daniel A Sheldon MD PA
601 N Flamingo Rd
Suite 213
Hollywood, FL 33028

Enhanced Recovery Company
POB 1967
Southgate, MI 48195

Erc
Po Box 57547
Jacksonville, FL 32241

Ffcc-Clvland
24700 Chagrin Blvd Suite 205
Cleveland, OH 44122

Focus Financial Services
POB 340
Boynton Beach, FL 33424

Gm Financial
Po Box 181145
Arlington, TX 76096

Linebarger Goggan Blair & Sampson LLP
POB 01-1861
Miami, FL 33101

Portfolio Rc
287 Independence
Virginia Beach, VA 23462

Radiology Associates of Hollywood
9050 Pines Blvd #200
Pembroke Pines, FL 33024

Sallie Mae
Po Box 9500
Wilkes Barre, PA 18773

The Law Office of Jose L. Lago
3940 W Flagler St
First Floor
Miami, FL 33134

Toyota Mtr
12735 Morris Road Ste 260
Alpharetta, GA 30004

Verizon
National Recovery P.O. Box 26055
Minneapolis, MN 55426

Verizon
National Recovery P.O. Box 26055
Minneapolis, MN 55426

Zale/Cbna
Po Box 6497
Sioux Falls, SD 57117