## United States Bankruptcy Court
### Southern District of Florida

In re ___Ronald J Aguilar_____

Debtor(s)

Case No. ___15-28820___

Chapter ___7___

## DECLARATION REGARDING PAYMENT ADVICES - AMENDED 12/16/2015

**Debtor:**

■ Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days.
_____) *Attached, Please Find a pay Stub & Bank Statements showing proof that debtor has income.*

☐ Copies of all payment advices **are not** attached because the debtor had no income from any employer during the 60 days prior to the filing the bankruptcy petition.

☐ Copies of all payment advices **are not** attached because the debtor:
  ☐ receives disability payments
  ☐ is unemployed and does not receive unemployment compensation
  ☐ receives Social Security payments
  ☐ receives a pension
  ☐ does not work outside the home
  ☐ is self employed and does not receive payment advices

☐ None of the statements above apply, however, the debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
  Explain: _____

**Joint Debtor (if applicable):**

☐ Copies of payment advices, pay stubs or other evidence of payment received by the joint debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days.
_____)

☐ Copies of payment advices **are not** attached because the joint debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

☐ Copies of payment advices **are not** attached because the joint debtor:
  ☐ receives disability payments
  ☐ is unemployed and does not receive unemployment compensation
  ☐ receives Social Security payments
  ☐ receives a pension
  ☐ does not work outside the home
  ☐ is self employed and does not receive payment advices

☐ None of the statements above apply, however, the joint debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
  Explain: _____

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

*NOTE: When submitting copies of evidence of payment such as pay stubs or payment advices, it is your responsibility to redact (blackout) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching for filing with the court.*

/s/ Ronald J Aguilar

**Ronald J Aguilar**
Signature of Attorney or Debtor

Date:   December 16, 2015

LF-10 (06/02/08)

Page 2 of 2

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 038 |
|-----|------|-------|-------|-----------|-----|
| QKL | 101781 | 05-005 | | 0000350128 | 1 |

**Earnings Statement** 

METRIC ENGINEERING, INC.
PAYROLL ACCOUNT
13940 S.W. 136 STREET SUITE 200
MIAMI, FLORIDA 33186

Period Ending: 08/21/2015
Pay Date: 09/02/2015

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0
FL: No State Income Tax

**RONALD J. AGUILAR**
**12852 SW 203 ST**
**MIAMI FL 33177**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 26.0000 | 72.00 | 1,872.00 | 35,490.00 |
| Overtime | 39.0000 | 1.00 | 39.00 | 7,429.50 |
| Pto | 26.0000 | 8.00 | 208.00 | 208.00 |
| Holiday | | | | 1,040.00 |
| Vacation | | | | 1,040.00 |
| **Gross Pay** | | | **$2,119.00** | 45,207.50 |

Your federal taxable wages this period are
$2,015.59

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Gtl | 0.16 | 2.88 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -320.01 | 7,600.14 |
| | Social Security Tax | -124.98 | 2,702.07 |
| | Medicare Tax | -29.23 | 631.94 |
| | **Other** | | |
| | Accident | -5.21* | 41.68 |
| | Dental - Pretax | -16.07* | 230.17 |
| | Health - Premium | -79.50* | 1,311.00 |
| | Support Order | -360.00 | 6,480.00 |
| | Vision | -2.63* | 45.79 |
| | Reimbursements | | -3,760.00 |
| | **Adjustment** | | |
| | Reimbursements | +410.00 | |
| | **Net Pay** | **$1,591.37** | |
| | Checking1 | -1,591.37 | |
| | **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

© 2000 ADP, LLC

METRIC ENGINEERING , INC.
PAYROLL ACCOUNT
13940 S.W. 136 STREET SUITE 200
MIAMI , FLORIDA 33186

Advice number: 00000350128
Pay date: 09/02/2015

Deposited to the account of
**RONALD J. AGUILAR**

| | account number | transit ABA | amount |
|---|----------------|-------------|--------|
| | xxxxx7350 | xxxx xxxx | $1,591.37 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**



CHASE ◯

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

September 15, 2015 through October 14, 2015

Account Number:

00078113 DRE 021 219 28815 NNNNNNNNNNN  1 000000000 09 0000
RONALD J AGUILAR
12852 SW 203RD ST
MIAMI FL 33177-5111

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |



*Proof of payment Advices*

| 09/16 | Metric Engineeri Direct Dep | PPD ID: 9111111102 | 1,575.38 |
|---|---|---|---|

Page 1 of 4

 CHASE

September 15, 2015 through October 14, 2015

Account Number:

TRANSACTION DETAIL *(continued)*

*Proof of Payment Advices*

| 09/30 | Metric Engineeri Direct Dep | PPD ID: 9111111102 | 1,461.15 | 1,370.22 |
| 09/30 | Metric Engineeri Expense Re | PPD ID: 1591685550 | 202.69 | 1,572.91 |



September 15, 2015 through October 14, 2015
Account Number.

Proof of payment Advices

| 10/14 | Metric Engineeri Direct Dep | PPD ID: 9111111102 | 2,142.98 | 2,169.94 |
|-------|-----------------------------|--------------------|----------|----------|